IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00969-DDD-NRN

TROY BUTTON, individually and on behalf of others similarly situated, et al.,

    Plaintiffs,

v.

OTTER PRODUCTS, LLC,

    Defendant.

---

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that a Motion Hearing on Plaintiff's Motion for Leave to Amend Class Action Complaint Nunc Pro Tunc (ECF No. 46) is set for September 11, 2025 at 2:00 p.m. Five minutes prior to the start of the hearing, the parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937#.

    If this date is inconvenient for the parties, they are directly to jointly contact chambers (303-335-2403) to reschedule.

Date: August 8, 2025